UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JAMES GROSS,

        Plaintiff,

  - against -

CAPITAL ONE, N.A.,

        Defendant.
--------------------------------------------------------X

**JUDGMENT**
CV-12-2858 (DRH)(ARL)

    An Acceptance of Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure having been filed by Plaintiff on June 27, 2013, accepting Defendant Capital One, N.A.'s Offer to have judgment entered against it in favor of Plaintiff in the amount of One Hundred Ten Thousand Dollars ($110,000) plus reasonable costs and attorney's fees, it is

    **ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff and against Defendant in the amount of One Hundred Ten Thousand Dollars ($110,000) plus reasonable costs and attorney's fees.

Dated:  Central Islip, New York
         July 1, 2013

                                            DOUGLAS C. PALMER
                                            CLERK OF THE COURT

                            By:    /s/ Catherine Vukovich
                                    Deputy Clerk