UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JAMES A. GROSS,

                Plaintiff,

      - against -

CAPITAL ONE, N.A.,

                Defendant.

CV 12-2858 (DRH) (ARL)

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on the 1st day of July, 2013 in favor of Plaintiff James A. Gross and against Defendant Capital One, N.A. in the amount of $110,000.00 plus reasonable attorneys' fees and costs;

WHEREAS, with said judgment including reasonable attorneys' fees and costs having been fully paid; and

WHEREAS, it is certified that there are no outstanding executions with any Sheriff or Marshall;

NOW, THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: ~~New York~~ Westbury, New York

Aug 1, 2013

                                          NEIL H. GREENBERG & ASSOCIATES, P.C.

                                          By: _____
                                                    Justin Reilly
                                                    Attorneys for Plaintiff